## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 19-34524 |
| Torrance Jones | ) | |
| | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | JUDGE: Lashonda A. Hunt |

## NOTICE OF MOTION

TO:   **Via Electronic Filing:**
         US Trustee
         Marilyn O Marshall
      **Via U.S. Mail:**
Torrance B. Jones, 311 Englewood, Bellwood, IL 60104
See attached service list

Please take notice that on December 23, 2019 at 9:30 am. I shall appear before the Honorable Lashonda A. Hunt in Courtroom 719 of the Dirksen Federal Building, 219 South Dearborn, Chicago, IL, and shall then and there present the attached Motion to Extend The Automatic Stay, at which time you may appear if you so choose.

## PROOF OF SERVICE

I, Joseph Olstein, an attorney, certify that I caused to be mailed a copy of this notice and attached motion to the above named addressed with postage prepaid from the mail post office box located at 10450 S. Western Ave., Chicago, IL 60643 on December 16, 2019.

                                            /s/   Joseph M. Olstein

Joseph Olstein#6300472
Olstein Law LLC
10450 S. Western Ave.
Chicago, IL 60643
(312) 725-4132

## Service List

Aes/mohela
Pob 61047
Harrisburg, PA 17106

Convergent Outsourcing, Inc.
800 SW 39th ST./PO Box 9004
Renton, WA 98057

Cook County Clerk's Office
118 N. Clark ST.
Room 434
Chicago, IL 60602

Cook County Treasurer
118 N. Clark Street
Room 112
Chicago, IL 60602

Illinois Department of
Revenue
PO Box 64338
Chicago, IL 60664-0338

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Lilly Investments LLC
1896 Sheridan RD
Suite 280
Highland Park, IL 60035

Merchants Credit
223 W. Jackson Blvd
Suite 7
Chicago, IL 60606

Mohela/sofi
633 Spirit Drive
Chesterfield, MO 63005

Nissan Motor
Pob 660366
Dallas, TX 75266

Pro Capital
1000 Haddonfield-Berlin RD
Suite 203
Voorhees, NJ 08043

West Suburban Hospital
3 Erie St.
Chicago, IL 60802

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No.: 19-34524 |
| Torrance Jones ) | |
| ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | JUDGE: Lashonda A. Hunt |

## MOTION TO EXTEND THE AUTOMATIC STAY

NOW COMES the Debtor, Torrance Jones (hereafter "Debtor") by and through his attorneys, Olstein Law LLC, and in support of his Motion to Extend the Automatic Stay, states as follows:

1) Debtor filed a voluntary bankruptcy petition under Chapter 13 of the United States Bankruptcy Code, case number 18-02107, and that case was dismissed.

2) Debtor's case, pending before this Court was filed on December 6, 2019.

3) In debtor's previous case, the IRS filed a claim, subsequent to confirmation, indicating that the Debtor had a significant tax debt for the year 2013, and that claim was making his case unfeasible.

4) Since that time, the debtor consulted with an accountant and filed an amended 2013 Tax Return, which indicates that the debtor does not owe income taxes for that year. See Debtor's schedules attached as Exhibit A.

5) Due to the amended return, the debtor will be able to file a plan that is feasible and will complete within sixty months.

6) The debtor is confident he will be able to confirm a feasible plan and make all payments required in her case. See Debtor's Affidavit attached as exhibit B.

**WHEREFORE**, the Debtor prays this Court enter an order to Extending the Automatic Stay pursuant to 11 U.S.C. §362(c)(3)(B) for the duration of the Debtor's Chapter 13 case, and for such further relief that this Court may deem just and proper.

                                        Respectfully submitted,

                                        By:    <u>/s/ Joseph Olstein</u>
                                                        Joseph Olstein

Joseph Olstein#6300472  
Olstein Law LLC  
10450 S. Western Ave.  
Chicago, IL 60643  
(312) 725-4132