# United States Bankruptcy Court

### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:  Torrance B. Jones | ) | Chapter 13 |
| | ) | Case No. 19 B 34524 |
| Debtor(s) | ) | Judge David D. Cleary |

## Notice of Motion

Torrance B. Jones
311 Englewood
Bellwood, IL 60104

Debtor Attorney: Olstein Law LLC
via Clerk's ECF noticing procedures

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 644
> Chicago, IL 60604

On January 27, 2020 at 10:30 am, I will appear at the location listed to the right, and present this motion.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, January 15, 2020.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 12/06/2019.

2. The debtor(s) have failed to file a feasible plan. The proposed plan now runs 83 months.

3. Debtor's plan fails to provide interest to general unsecured creditors.

4. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312) 431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE